UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.                                    Case No. 10-cr-00036-01-SM

<u>Joan R. Laplante</u>

<u>O R D E R</u>

Defendant Laplante's assented to motion to continue the trial until after January 28, 2011 (document no. 10) is granted.   Trial has been rescheduled for the February 2011 trial period.   Defendant Laplante shall file a Waiver of Speedy Trial Rights not later than August 30, 2010.   On the filing of such waiver, her continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference          February 4, 2011  at 11:30 AM

Jury Selection:                    February 15, 2011 at 9:30 AM

SO ORDERED.

August 24, 2010

_____
Steven J. McAuliffe
Chief Judge

cc:  Darrin Brown, Esq.
     Robert Kinsella, AUSA
     U. S. Probation
     U. S. Marshal